[No. 46653-8-II.  Division Two.  November 17, 2015.]

BRIAN L. BUDSBERG, *as Trustee*, *Plaintiff*, KRISTINE BRUMFIELD, *Appellant*, v. PAUL TRAUSE, *as Commissioner*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-01866-6, Carol Murphy, J., entered August 22, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 46728-3-II.  Division Two.  November 17, 2015.]

STUART F. MCCOLL, *Appellant*, v. GEOFFREY ANDERSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 13-2-00571-1, Erik S. Rohrer, J., entered September 19, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 46898-1-II.  Division Two.  November 17, 2015.]

CHAMBERS CREEK LLC, *Appellant*, v. CHARLES SCHMIDT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-09288-9, Katherine M. Stolz, J., entered October 15, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 47446-8-II.  Division Two.  November 17, 2015.]

*In the Matter of the Personal Restraint of* EDWARD DANIEL BLAIR, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.